IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SORRELL DARNELL MOBLEY,  )
                         )
    Plaintiff,            )
                         )
v.                        )  CASE NO. CV408-221
                         )
CHATHAM COUNTY, GEORGIA;  )
RONNIE TUTEN; ROBERT DREWRY; )
and RUSSELL E. ABOLT, County )
Manager                   )
                         )
    Defendants.           )
                         )

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 43), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendants' Motion for Summary Judgment (Docs. 27, 30) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 30th day of March 2011.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA